*In re Marriage of Carpenter*, No. 91746-9. Petition for review of a decision of the Court of Appeals, No. 72830-0-I, April 20, 2015, 187 Wn. App. 1008. *Denied* September 30, 2015.

*State, Respondent, v. Burgess, Petitioner*, No. 91747-7. Petition for review of a decision of the Court of Appeals, No. 70903-8-I, April 27, 2015, 187 Wn. App. 1013. *Denied* September 30, 2015.

*Osborne, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 91749-3. Petition for review of a decision of the Court of Appeals, No. 45828-4-II, April 28, 2015, 187 Wn. App. 1018. *Denied* September 30, 2015.

*State, Respondent, v. Shemesh, Petitioner*, No. 91750-7. Petition for review of a decision of the Court of Appeals, No. 31465-1-III, April 16, 2015, 187 Wn. App. 136. *Denied* September 30, 2015.

*State, Respondent, v. Taylor, Petitioner*, No. 91752-3. Petition for review of a decision of the Court of Appeals, No. 45198-1-II, April 28, 2015, 187 Wn. App. 1017. *Denied* September 30, 2015.

*State, Respondent, v. Baze, Petitioner*, No. 91763-9. Petition for review of a decision of the Court of Appeals, No. 44168-3-II, March 31, 2015, 186 Wn. App. 1038. *Denied* September 30, 2015.

*State, Respondent, v. Cargill, Petitioner*, No. 91769-8. Petition for review of a decision of the Court of Appeals, No. 71291-8-I, May 4, 2015, 187 Wn. App. 1021. *Denied* September 30, 2015.

*State, Respondent, v. Diemond, Petitioner*, No. 91772-8. Petition for review of a decision of the Court of Appeals, No. 71125-3-I, April 20, 2015, 187 Wn. App. 1005. *Denied* September 30, 2015.